# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1039
_____

United States of America

*Plaintiff - Appellee*

v.

Michael G. Wells

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: September 11, 2023
Filed:September 14, 2023
[Unpublished]

_____

Before BENTON, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Michael Wells appeals after the district court[1] denied his motions to modify a 2003 stipulation for judgment by consent and associated judgment, for

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

reconsideration, and for a hearing on reconsideration. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Reviewing the parties' arguments and the circumstances of this case, this court finds no basis to reverse the district court's orders. The district court did not abuse its discretion in denying Wells's motion to modify the judgment by consent. *See City of Duluth v. Fond du Lac Band of Lake Superior Chippewa*, 702 F.3d 1147, 1152, 1154 (8th Cir. 2013) (standard of review); *Rufo v. Inmates of Suffolk Cnty. Jail*, 502 U.S. 367, 383 (1992) (party seeking modification of consent decree bears burden of establishing significant change in circumstances warrants revision of decree). This court has also considered Wells's challenges to the denial of his motions to reconsider and for a hearing, and finds no error. *See Arnold v. Wood*, 238 F.3d 992, 998 (8th Cir. 2001) (motion for relief from judgment or order is reviewed for abuse of discretion, and requires showing of exceptional circumstances warranting relief).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____